**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACK KEVIN MARTINEZ ROJAS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. 1:26-cv-07408 JLT HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 9) |

Jack Kevin Martinez Rojas is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his detention. The magistrate judge found Petitioner is subject to an order of removal that became administratively final on September 30, 2026, when he waived his right to appeal the removal order. (Doc. 9 at 3, citing Doc. 8 at 2, Doc. 8-2 at 4.) The magistrate judge determined that Petitioner's detention is governed by 8 U.S.C. § 1231(a) "and he remains within the 90-day period which detention is mandatory." (*Id.*) Therefore, the magistrate judge recommended the Court deny the petition "without prejudice to Petitioner's ability to bring a new challenge to prolonged detention at a later date, if warranted." (*Id.* at 3, 4.)

The Court served the Findings and Recommendations on Petitioner and notified him that any objections were due within 14 days. (Doc. 9 at 4.) The Court advised him that the "failure to

file any objections within the specified time may result in the waiver of certain rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Petitioner did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated October 28, 2026 (Doc. 9) are **ADOPTED** in full.
2. The petition for writ of habeas corpus is **DENIED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 15, 2026

UNITED STATES DISTRICT JUDGE